MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANET ELLEN DEORNELLAS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:20-cv-00022-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Court will vacate the prior decision of the administrative law judge (ALJ) and remand for a new decision pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

///

///

///

Respectfully submitted this 27th day of August 2020.

                                            Respectfully submitted,

Dated:  August 27, 2020        /s/  *Robert C. Weems**
                                            (*as authorized via e-mail on August 27, 2020)
                                            ROBERT C. WEEMS
                                            Attorney for Plaintiff

DATED: August 27, 2020        McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                 By:     /s/  *Ellinor R. Coder*
                                            ELLINOR R. CODER
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the prior decision of the Administrative Law Judge (ALJ) is vacated and the above-captioned action is remanded to the Commissioner of Social Security for further proceedings and a new decision pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

Dated:  August 28, 2020

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE